**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**HORACIO CAMACHO TARQUI,**
**A# 249 133 869,**

**Petitioner,**

**v.** **CIVIL ACTION NO. 2:26cv955**

**JEFFREY CRAWFORD,**
***Farmville Detention Center,***

**ROBERT GUADIAN,**
***ICE Washington Field Office et al.***

**Respondents.**

**REPORT AND RECOMMENDATION**
**FOR DISMISSAL WITHOUT PREJUDICE**

This matter was initiated by a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 filed by pro se Petitioner Horacio Camacho Tarqui ("Petitioner" or "Tarqui"). (ECF No. 1). Tarqui also submitted a request to proceed in forma pauperis, (ECF Nos. 2), and a Motion for Appointment of Counsel, (ECF No. 3). Tarqui is an immigration detainee currently being housed at Farmville Detention Center. Among other things, his petition challenges his indefinite detention awaiting removal, and seeks reinstatement of his previous Order of Supervision.

The matter was referred to the undersigned pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure. (ECF No. 5). By Order entered September 21, 2026, the court granted Tarqui's request to proceed in forma pauperis, denied his Motion for Appointment of Counsel, and directed Respondent to respond to his petition. (ECF No. 6). Before Respondents had an opportunity to respond to the petition, the court received a letter from Petitioner requesting that his habeas petition be "cancelled" as he wished to be

deported to his country of origin, Bolivia, "as soon as possible." (ECF No. 7). Under Rule 41(a)(1), the Plaintiff may dismiss an action without court action by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1). Accordingly, this Report RECOMMENDS that the Court DISMISS the Petition without prejudice, as Petitioner requests.

By copy of this report and recommendation, the Petitioner is notified that pursuant to 28 U.S.C. § 636(b)(1)(C):

1. Any party may serve upon the other party and file with the Clerk written objections to the foregoing findings and recommendations within fourteen (14) days from the date this report is forwarded to the objecting party by Notice of Electronic Filing or mail, see 28 U.S.C. § 636(b)(1), computed pursuant to Rule 6(a) of the Federal Rules of Civil Procedure. Rule 6(d) of the Federal Rules of Civil Procedure permits an extra three (3) days, if service occurs by mail. A party may respond to any other party's objections within fourteen (14) days after being served with a copy thereof. See Fed. R. Civ. P. 72(b)(2) (also computed pursuant to Rule 6(a) and (d) of the Federal Rules of Civil Procedure).

2. A district judge shall make a de novo determination of those portions of this report or specified findings or recommendations to which objection is made.

Petitioner is further notified that failure to file timely objections to the findings and recommendations set forth above will result in a waiver of appeal from a judgment of this court based on such findings and recommendations. Thomas v. Arn, 474 U.S. 140 (1985); Carr v. Hutto, 737 F.2d 433 (4th Cir. 1984); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk is DIRECTED to mail a copy of this Report and Recommendation to the Petitioner.

/s/
Douglas E. Miller
United States Magistrate Judge

DOUGLAS E. MILLER
UNITED STATES MAGISTRATE JUDGE

Newport News, Virginia

September 30, 2026

**Clerk's Mailing Certificate**

A copy of the foregoing Report and Recommendation was mailed this date to the Petitioner at the address listed below:

**Horacio Camacho Tarqui**
**A# 249-133-869**
**Farmville Detention Center**
**P.O. Box N**
**Farmville, VA 23901**

Laura G. Griffin, Clerk

By /s/ J.L. Meyers
Deputy Clerk

September 30, 2026