IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

HORACIO CAMACHO TARQUI,

Petitioner,

v. Civil Action No. 2:26-cv-955

JEFFREY CRAWFORD, *et al.*,

Respondents.

**FINAL ORDER**

This matter is before the Court on the 28 U.S.C. § 2241 petition of Horacio Camacho Tarqui ("Petitioner"), a detainee of United States Immigration and Customs Enforcement, challenging his indefinite detention awaiting removal and seeking reinstatement of his previous Order of Supervision. Dkt. No. 1. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. Dkt. No. 5.

On September 30, 2026, the Magistrate Judge filed a Report and Recommendation recommending that the Court dismiss the Petition without prejudice because Petitioner sent a letter to the Court requesting that his habeas petition be "cancelled" as he wished to be deported to his country of origin, Bolivia, "as soon as possible." Dkt. No. 5, at 1–2. By copy of the report, the parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 2, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE.**

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record and all counsel of record.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: October 15, 2026